UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————

KONSTANTIN ARONOV,                          26-cv-1519 (JGK)

                    Plaintiff,              ORDER

          - against -

UNIMERICA LIFE INSURANCE COMPANY OF
NEW YORK,

                    Defendant.
————————————————————————

JOHN G. KOELTL, District Judge:

     Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was March 24, 2026. To date, no answer has been filed.

     The time for the defendant to answer or respond to the complaint is extended to **April 9, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

     The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **April 2, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 30, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge