UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONSTANTIN ARONOV,

                Plaintiff,           26-cv-1519 (JGK)

      - against -            ORDER

UNIMERICA LIFE INSURNACE COMPANY OF
NEW YORK,

               Defendant.

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

May 8, 2026.

SO ORDERED.

Dated:     New York, New York
          April 24, 2026

                              John G. Koeltl
                     United States District Judge