UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KONSTANTIN ARONOV,

                Plaintiff,

      - against -

UNIMERICA LIFE INSURANCE
COMPANY OF NEW YORK,

                Defendant.

---

26-cv-1519 (JGK)

**Order**

**John G. Koeltl, District Judge:**

    The parties are directed to appear by telephone for a conference in connection with the parties' Rule 26(f) report on **Thursday, May 28, 2026, at 12:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           May 19, 2026

                                John G. Koeltl
                        United States District Judge