UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KONSTANTIN ARONOV,

                Plaintiff(s)

        -against-

UNIMERICA LIFE INSURANCE COMPANY
OF NEW YORK,

                Defendant(s).
------------------------------------------------------------X

                    26 civ 1519 (JGK)

**ORDER**

The conference scheduled for Tuesday, June 23, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      June 17, 2026